United States Bankruptcy Court
Northern District of Ohio

In re:                                                              Case No. 19-60147-rk
James E. Mills                                                      Chapter 7
Sandra J. Mills
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0647-6          User: admin           Page 1 of 2          Date Rcvd: Jan 29, 2019
                              Form ID: 309A          Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db/db          +James E. Mills,   Sandra J. Mills,   13690 Hinton Mill Road,   Marysville, OH 43040-8910
25853918       +AJT Diabetic Inc.,   5180 West Atlantic Avenue, Ste. 105,   Delray Beach, FL 33484-8103
25853916       +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
25853919        Ashland Mansfield Foot and Ankle,   30575 Euclid Ave,   Wickliffe, OH 44092-1037
25853921       +Botema White,   13690 Hinton Mill Road,   Marysville, OH 43040-8910
25853924       +CCHA -Credit Clearinghouse,   Ccha,   Po Box 1209,   Lousiville, KY 40201-1209
25853927      ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
                (address filed with court:  Choice Recovery,   1550 Old Henderson Road,   Suite 100,
                 Columbus, OH 43220)
25853925       +CenturyLink,   665 Lexington Avenue,   Mansfield, OH 44907-1504
25853928       +Cleveland Clinic,   Customer Service,   9500 Euclid Avenue RK2-4,   Cleveland, OH 44195-0001
25853929        Crawford Associates Inc.,   Owner Service,   PO Box 50877,   Sarasota, FL 34232-0328
25853932        Delaware County Bank,   110 Riverbend Ave,   Lewis Center, OH 43035
25853934       +Extremity Imaging Partners, Inc.,   4500 Brooktree Rd, Ste 300,   Wexford, PA 15090-9289
25853936       +First Credit Corporation,   Attn: Bankruptcy,   Po Box 9300,   Boulder, CO 80301-9300
25853937        First Credit Inc.,   PO Box 630838,   Cincinnati, OH 45263-0838
25853939       +FirstCredit, Inc,   PO Box 630838,   Cincinnati, OH 45263-0838
25853940       +Frank & Wooldridge Co. LPA,   600 South Pearl St,   Columbus, OH 43206-1017
25853941       +Gatton Packaging, Inc.,   99 East St.,   Bellville, OH 44813-1003
25853942        Genesis FS Card Services,   PO Box 84049,   Mansfield, OH 44903
25853945       +Mariner Finance,   Attn: Bankruptcy Department,   8211 Town Center Dr.,
                 Baltimore, MD 21236-5904
25853946       +Mid-State Physicians LLP,   PO Box 731584,   Dallas, TX 75373-1584
25853947       +Mount Carmel Lab Services,   793 West State Street,   Columbus, OH 43222-1551
25853948       +Murphy Law Office LLC,   PO Box 2190,   Westerville, OH 43086-2190
25853949       +North Main Motors Inc,   1001 E. 5th Street,   Marysville, OH 43040-8901
25853951        Ohio Gastroenterology Group, Inc.,   3400 Olentangy River Road,   Columbus, OH 43202-1523
25853953       +OhioHealth,   PO Box 1259 Dept 140157,   Oaks, PA 19456-1259
25853952       +OhioHealth,   PO Box 1259 Dept 141735,   Oaks, PA 19456-1259
25853956        Promethus Therapeutics & Diagnostic,   PO Box 748731,   Los Angeles, CA 90074-8731
25853957      ++RBC,   PO BOX 1548,   MANSFIELD OH 44901-1548
                (address filed with court:  RBC, Inc,   Attn: Bankruptcy,   Po Box 1548,   Mansfield, OH 44901)
25853958       +Richland Pulmonary,   PO Box 80690,   Critical Care,   Canton, OH 44708-0690
25853962       +Schumacher Clinical Partners,   165 Caprice Ct, Unit 8,   Castle Rock, CO 80109-1558
25853963       +Seterus, Inc.,   Attn: Bankruptcy,   Po Box 1077,   Hartford, CT 06143-1077
25853964       +Sherloq,   134 S. Tampa St.,   Tampa, FL 33602-5354
25853965        Specialty Medical Equipment Inc.,   52040,   Utica, MI 48316
25853968       +United Revenue Collection Service,   PO Box 1184,   Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Rebecca@attyTH.com Jan 29 2019 21:52:09     Rebecca K. Hockenberry,
                 Thompson & Hockenberry Co LPA,   371 Lexington Avenue,   Mansfield, OH  44907
tr             +EDI: FAJDEGIROLAMO.COM Jan 30 2019 02:33:00     Anthony J. DeGirolamo, Trustee - Mansfield,
                 3930 Fulton Drive NW, Suite 100B,   Canton, OH 44718-3040
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jan 29 2019 21:52:44     Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
25853917        EDI: AFNIRECOVERY.COM Jan 30 2019 02:33:00     AFNI Inc.,   1310 Martin Luther King Drive,
                 PO Box 3517,   Bloomington, IL 61702-3517
25853920       +E-mail/Text: ljenkins@avitahs.org Jan 29 2019 21:55:01     Avita Health System,   PO Box 1259,
                 Dept. 100448,   Oaks, PA 19456-1259
25853923       +EDI: CBCSI.COM Jan 30 2019 02:33:00     CBCS,   PO Box 163279,   Columbus, OH 43216-3279
25853922       +EDI: CAPITALONE.COM Jan 30 2019 02:33:00     Capital One/Best Buy,   Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
25853926       +EDI: CHASE.COM Jan 30 2019 02:33:00     Chase Card Services,   Attn: Correspondence/Bankruptcy,
                 Po Box 15298,   Wilminton, DE 19850-5298
25853930       +E-mail/Text: kroscoe@drsohio.com Jan 29 2019 21:52:16     Debt Recovery Solutions,
                 Attn: Bankruptcy,   Po Box 1307,   Mansfield, OH 44901-1307
25853931       +E-mail/Text: kroscoe@drsohio.com Jan 29 2019 21:52:16     Debt Recovery Solutions of Ohio,
                 1669 Lexington Ave., Ste. A,   Mansfield, OH 44907-2944
25853933        EDI: DIRECTV.COM Jan 30 2019 02:33:00     DirectTV,   PO Box 5007,
                 Carol Stream, IL 60197-5007
25853935        E-mail/Text: bankruptcynotice@fcbanking.com Jan 29 2019 21:52:23     First Commonwealth Bank,
                 Attn: Bankruptcy,   Po Box 400,   Indiana, PA 15701
25853938       +E-mail/Text: bankruptcy@firstelectronic.com Jan 29 2019 21:54:55     First Electronic Bank,
                 Attn: Bankruptcy,   Po Box 521271,   Salt Lake City, UT 84152-1271
25853943        E-mail/Text: oh_bankruptcy@ohiohealth.com Jan 29 2019 21:53:32     JP Recovery Services, Inc.,
                 PO Box 183221,   Columbus, OH 43218-3221
25853944       +EDI: CBSKOHLS.COM Jan 30 2019 02:33:00     Kohls/Capital One,   Kohls Credit,   Po Box 3120,
                 Milwaukee, WI 53201-3120
25853954        E-mail/Text: bankruptcynoticing@osumc.edu Jan 29 2019 21:54:09     OSU Medical Center,
                 Patient Financial Services,   1375 Perry Street,   Columbus, OH 43201-3177
25853950       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 29 2019 21:53:39     Ohio Edison,   PO Box 3687,
                 Akron, OH 44309-3687

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25855049        +EDI: PRA.COM Jan 30 2019 02:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
25853955         E-mail/Text: cs@rossman-pcb.com Jan 29 2019 21:52:15      Pcb,   Po Box 2051,
                 New Albany, OH 43054
25853959        +E-mail/Text: oh_bankruptcy@ohiohealth.com Jan 29 2019 21:53:32      Riverside Methodist Hospital,
                 5350 Frantz Road,   Dublin, OH 43016-4259
25853960        +E-mail/Text: Jason.Richmond@Rumpke.com Jan 29 2019 21:54:01
                 Rumpke Consolidated Companies Inc.,   10795 Hughes Road,   Cincinnati, OH 45251-4598
25853966         EDI: AGFINANCE.COM Jan 30 2019 02:33:00      Springleaf Financial S,   1357 Brice Road,
                 Reynoldsburg, OH 43068
25853961        +EDI: DRIV.COM Jan 30 2019 02:33:00      Santander Consumer USA,   Attn: Bankruptcy,
                 Po Box 961245,   Fort Worth, TX 76161-0244
25853967        +EDI: RMSC.COM Jan 30 2019 02:33:00      Syncb/Care Credit,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
                                                                                   TOTAL: 24


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                      TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
        Anthony J. DeGirolamo, Trustee - Mansfield   ajdlaw@sbcglobal.net,
         ad@trustesolutions.com;amber_weaver@sbcglobal.net;AD07@trustesolutions.net
        Rebecca K. Hockenberry   on behalf of Debtor Sandra J. Mills Rebecca@attyTH.com,
         Denise@attyTH.com;r62556@notify.bestcase.com
        Rebecca K. Hockenberry   on behalf of Debtor James E. Mills Rebecca@attyTH.com,
         Denise@attyTH.com;r62556@notify.bestcase.com
                                                                           TOTAL: 3
```

| | | | |
|---|---|---|---|
| Debtor 1 | **James E. Mills** | Social Security number or ITIN | **xxx–xx–2618** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Sandra J. Mills** | Social Security number or ITIN | **xxx–xx–8334** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter **7**    **1/25/19** | |
| Case number: | **19–60147–rk** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | James E. Mills | Sandra J. Mills |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 13690 Hinton Mill Road<br>Marysville, OH 43040 | 13690 Hinton Mill Road<br>Marysville, OH 43040 |
| **4.** | **Debtor's attorney**<br>Name and address | Rebecca K. Hockenberry<br>Thompson & Hockenberry Co LPA<br>371 Lexington Avenue<br>Mansfield, OH 44907 | Contact phone 419–522–5297<br><br>Email: Rebecca@attyTH.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Anthony J. DeGirolamo, Trustee – Mansfield<br>3930 Fulton Drive NW, Suite 100B<br>Canton, OH 44718 | Contact phone 330–305–9700<br><br>Email: ajdlaw@sbcglobal.net |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702 | Hours open 9:00 AM – 4:00 PM |
|----|----|----|----|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | | Contact phone 330–458–2120<br><br>Date: 1/29/19 |

| 7. | **Meeting of creditors** | **March 14, 2019 at 10:00 AM** | Location: |
|----|----|----|----|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | **City Council Chambers, Mansfield Municipal Complex, 30 North Diamond St, Mansfield, OH 44902** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|----|----|----|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/13/19** |
|----|----|----|----|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|----|----|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|----|----|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|----|----|

19-60147-rk    Doc 10    FILED 01/31/19    ENTERED 02/01/19 00:18:50    Page 4 of 4